UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| DIANE L. HASSELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:16-CV-52-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $4,800.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Such payment should be sent to: Branch W. Vincent, III 8 Juniper Trail Southern Shores, NC 27949 Phone 252-261-5477 BWVincent3@VincentLawFirm.net. Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiffs counsel, Branch W. Vincent, III and mailed to the office address above in accordance with Plaintiff's assignment to counsel of her right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

**This Judgment Filed and Entered on October 2, 2017, and Copies To:**
Branch W. Vincent, III(via CM/ECF electronic notification)
Cassia W. Parson(via CM/ECF electronic notification)

DATE:PETER A. MOORE, JR., CLERK
October 2, 2017(By) /s/ Nicole Briggeman
Deputy Clerk