UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| DIANE L HASSELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 2:16-CV-52-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, Branch W. Vincent, III, Attorney at Law, the sum of $28,957.50 from Plaintiff's past due benefits. Plaintiff's counsel shall thereafter reimburse and otherwise pay Plaintiff the EAJA fee paid herein. Upon the payment of such sums this case is dismissed with prejudice.

**This Judgment Filed and Entered on December 9, 2019, and Copies To:**
Branch W. Vincent, III                               (via CM/ECF electronic notification)
Cassia W. Parson                                      (via CM/ECF electronic notification)

DATE:                                              PETER A. MOORE, JR., CLERK
December 9, 2019                              (By) /s/ Nicole Sellers
                                                           Deputy Clerk